# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 07/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | Director | National Association of Drug Court Professionals |
| 4. | Member | PCFF LLC, United Farms, LLC and Progress Timberlands LLC |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2015 | Keith Starrett Self-Employed Retirement Plan; Taxable Life Insurance Benefits | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 3/24/2015-3/26/2015 | Washington, DC | Meeting | travel, hotel, food |
| 2. | National Business Institute | 4/16/2015-4/17/2015 | Jackson, MS | Judicial Forum | travel, hotel, food |
| 3. | National Association of Drug Court Professionals | 7/24/2015-8/1/2015 | Washington, DC | Meeting and Training | travel, hotel, food |
| 4. | National Association of Drug Court Professionals | 9/18/2015-9/20/2015 | Washington, DC | Meeting | travel, hotel, food |
| 5. | National Association of Drug Court Professionals | 10/29/2015-11/1/2015 | Anaheim, CA | Meeting | travel, hotel, food |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 18

**Name of Person Reporting**

**Starrett, Keith**

**Date of Report**

07/29/2016

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | Renaisant Bank | Real Estate Loan (contingent liability) | P1 |
| 3. | First Bank of Southwest Mississippi | Real Estate Loan (contingent liability) | P1 |
| 4. | Farm Credit Midsouth | Real Estate Loan (contingent liability) | P1 |
| 5. | First Bank | Presonal Property Loan | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 2. Assets of Trust | | Royalty | | | | | | | |
| 3. -SLIAX Mutual Fund | | | | | | | | | |
| 4. -SLBAX Mutual Fund | | | | | | | | | |
| 5. -ABALX Mutual Fund | | | | | | | | | |
| 6. -Timberland Copiah Co., MS | | | | | | | | | |
| 7. -Timberland Attala Co., MS | | | | | | | | | |
| 8. -Pike County National Bank Common Stock | | | | | | | | | |
| 9. -Tutor Perini Bond | | | | | | | | | |
| 10. -Dodge & Cox Income Fund | | | | | | | | | |
| 11. -AK Steel Corp Bond | | | | | | | | | |
| 12. - International Paper Company Bond | | | | | | | | | |
| 13. -Dyncorp Intl Bond | | | | | | | | | |
| 14. -Exide Technology Bond | | | | | | | | | |
| 15. -Roadhouse Fin Bond | | | | | | | | | |
| 16. -United Refining Bond | | | | | Redeemed | 03/01/15 | J | B | |
| 17. Personal Charles Schwab Brokerage Acct., All investment | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Decisions made by Independent Advisors | | | | | | | | | |
| 19. UAL Corp. (Bond) | A | Interest | | | Redeemed | 01/08/15 | L | E | |
| 20. Whole Foods Market, Inc. | A | Dividend | J | T | | | | | |
| 21. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 22. Enterprise Energy Partners LLC | B | Dividend | K | T | Sold (part) | 12/12/15 | J | B | |
| 23. Qualcomm Inc | A | Dividend | L | T | | | | | |
| 24. EZ Chip Semiconductor | | None | | | Redeemed | 11/12/15 | K | D | |
| 25. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 26. Newmont Mining Convertible Debenture | | None | J | T | | | | | |
| 27. Vivus, Inc. | | None | | | Sold | 08/27/15 | J | | |
| 28. Nevada Copper Company | | None | | | Sold | 09/30/15 | J | | |
| 29. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 30. Compugen Ltd. | | None | J | T | | | | | |
| 31. Micron Technology Bond | A | Interest | K | T | Buy | 02/24/15 | K | | |
| 32. AK Steel Bond | A | Interest | K | T | Buy | 03/18/15 | K | | |
| 33. Dow Chemical Co. | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 34. United Continental Holdings | B | Interest | J | T | Buy | 07/28/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Direxion Daily gold Miners | | None | J | T | Buy | 12/22/15 | J | | |
| 36. Ensco Int | A | Dividend | | | Sold | 01/20/15 | J | | |
| 37. Mosaic, Inc. | A | Dividend | | | Sold | 02/05/15 | K | C | |
| 38. Freeport McMoran Copper and Gold | A | Dividend | K | T | | | | | |
| 39. A K Steel | | None | | | Sold | 07/28/15 | J | | |
| 40. Schnitzer Steel | A | Dividend | | | Sold | 08/27/15 | J | | |
| 41. United Continental Holdings | | None | | | Donated | | | | |
| 42. American Airlines | | None | | | Donated | | | | |
| 43. Teck Resources, Ltd. | A | Dividend | K | T | | | | | |
| 44. Calpine Corp. | | None | J | T | | | | | |
| 45. Intel | A | Dividend | J | T | | | | | |
| 46. Corning, Inc. | A | Dividend | J | T | Sold (part) | 12/02/15 | J | A | |
| 47. Helmerich & Payne | A | Dividend | | | Sold | 04/14/15 | J | | |
| 48. Devon Energy | A | Dividend | | | Sold | 07/28/15 | J | | |
| 49. Tower Semi-Conductor Ltd. | | None | J | T | | | | | |
| 50. Market Vectors Gold Miners ETF | | None | J | T | Sold (part) | 12/22/15 | J | | |
| 51. Regal Gold Bond | A | Interest | J | T | Buy | 01/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mosys, Inc. | | None | J | T | Buy | 01/20/15 | J | | |
| 53. Micron Technology | | None | J | T | Buy | 08/27/15 | J | | |
| 54. Spirit Airlines | | None | J | T | Buy | 12/02/15 | K | | |
| 55. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 56. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 57. -Aurico Gold | | | | | Sold | 07/20/15 | J | | |
| 58. -Tower Semiconductor | | | | | Sold (part) | 01/28/15 | J | | |
| 59. -UAL Corp | | | | | Buy (add'l) | 01/15/15 | K | | |
| 60. -Sandisk Bond | | | | | | | | | |
| 61. -Wave Systems | | | | | | | | | |
| 62. -Troy Resources | | | | | Sold | 09/30/15 | J | | |
| 63. -Quicklogic Corp | | | | | | | | | |
| 64. -AK Steel Holdings | | | | | | | | | |
| 65. -Compugen Ltd. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 66. -Finsar Corp | | | | | | | | | |
| 67. -Vivus, Inc. | | | | | Sold | 05/05/15 | J | | |
| 68. -Amgen, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Emerson Electric | | | | | Sold | 10/22/15 | J | C | |
| 70.  -EZ Chip Semiconductor | | | | | Sold | 10/14/15 | L | D | |
| 71.  -Qualcomm | | | | | | | | | |
| 72.  -Schnitzer Steel | | | | | | | | | |
| 73.  -Whole Foods Market, Inc. | | | | | | | | | |
| 74.  -Newmont Mining (Convertible Bond) | | | | | | | | | |
| 75.  -Freeport McMoran Copper and Gold | | | | | | | | | |
| 76.  -Market Vectors Gold Miners ETF | | | | | | | | | |
| 77.  -Micron Technology (Convertible Bond) | | | | | | | | | |
| 78.  -Tata Motors | | | | | | | | | |
| 79.  -Teck Resources | | | | | Sold | 05/08/15 | J | | |
| 80.  -Newmont Mining | | | | | | | | | |
| 81.  -International Paper | | | | | Sold (part) | 07/28/15 | J | C | |
| 82.  -Hospitality Properties Trust | | | | | Sold (part) | 06/24/15 | J | A | |
| 83.  -Google, Inc. | | | | | Buy (add'l) | 10/05/15 | K | | |
| 84.  -Global Silver Mines, ETF | | | | | | | | | |
| 85.  -Apple Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Delta Airlines | | | | | | | | | |
| 87. -Dupont E I DE Nemours | | | | | | | | | |
| 88. -Proctor & Gamble | | | | | | | | | |
| 89. -US Steel Corp Bond | | | | | | | | | |
| 90. -Raytheon Corp | | | | | Sold (part) | 05/05/15 | J | C | |
| 91. -Mosaic Co. | | | | | Sold | 02/05/15 | L | E | |
| 92. -Evogene Ltd | | | | | | | | | |
| 93. -Intel Corp | | | | | | | | | |
| 94. -U.S. Steel | | | | | | | | | |
| 95. -Coeur Mining, Inc. | | | | | Sold | 09/30/15 | J | | |
| 96. -Calpine Corp. | | | | | | | | | |
| 97. -Micron Technology Bonds | | | | | | | | | |
| 98. -Micron Technology Bonds | | | | | | | | | |
| 99. -Intel Corp Bond | | | | | | | | | |
| 100. -Quicklogic Corp | | | | | | | | | |
| 101. -AK Steel Bond | | | | | | | | | |
| 102. -Corning, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Caterpillar, Inc. | | | | | | | | | |
| 104.  -U.S. Steel | | | | | | | | | |
| 105.  -Tower Semiconductor | | | | | Sold (part) | 06/24/15 | J | | |
| 106.  -American Airlines | | | | | | | | | |
| 107.  -Royal Gold, Inc. Bond | | | | | | | | | |
| 108.  -United Continental Holdings, Inc. | | | | | | | | | |
| 109.  -Linear Technology | | | | | | | | | |
| 110.  -Goodrich Petroelum 5% Bond Due 10/1/32 | | | | | | | | | |
| 111.  -Delta Airlines | | | | | | | | | |
| 112.  -NOW, Inc. | | | | | | | | | |
| 113.  -Goodrich Petroleum Corp. 5% Bond Due 10/1/29 | | | | | | | | | |
| 114.  -RTI International Metals 1/65% Bond | | | | | | | | | |
| 115.  -Webb MD Health Corp 2.5% Bond | | | | | | | | | |
| 116.  -Mosy's Inc. | | | | | | | | | |
| 117.  -RTI International Metals 1.625% Bond | | | | | | | | | |
| 118.  -Cree Inc. | | | | | | | | | |
| 119.  -Veritis Corporation | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Micron Technology 3% Bond Due 11/15/43 | | | | | | | | | |
| 121.  -Achillion Pharmaceuticals | | | | | | | | | |
| 122.  -Direxion Daily Gold Miners | | | | | Buy | 01/15/15 | K | | |
| 123.  -Dow Chemical Co. | | | | | Buy | 02/09/15 | K | | |
| 124.  -Direxion Daily Gold Miners | | | | | Buy (add'l) | 03/20/15 | J | | |
| 125.  -Century Aluminum | | | | | Buy | 04/02/15 | J | | |
| 126.  -UAL Holdings | | | | | Sold (part) | 05/08/15 | J | A | |
| 127.  -Amazon.com | | | | | Buy | 05/05/15 | K | | |
| 128.  -Raytheon | | | | | Sold (part) | 06/24/15 | J | A | |
| 129.  -Amazon.com | | | | | Buy (add'l) | 07/28/15 | L | | |
| 130.  -International Paper | | | | | Sold (part) | 08/21/15 | J | B | |
| 131.  -Direxion Daily Gold Miners | | | | | Buy (add'l) | 08/21/15 | J | | |
| 132.  -U.-S. Steel Corp Bond (due 4/1/19) | | | | | Buy | 12/10/15 | J | | |
| 133.  -Newport Mining | | | | | Buy | 10/14/15 | J | | |
| 134.  -Goodrich Petroleum Corp. 5% Bond Due 10/1/32 | | | | | | | | | |
| 135.  Other Assets Owned individually by Keith Starrett | | | | | | | | | |
| 136.  Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | |
| 138. Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | |
| 139. Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | |
| 140. Oakhurst Associates LP | | None | J | W | | | | | |
| 141. Pike County National Bank | A | Dividend | J | T | | | | | |
| 142. First SW Corp. Common Stock | G | Dividend | P1 | T | Buy (add'l) | 07/15/15 | N | | M. Burris Estate |
| 143. Regions National Bank | A | Interest | M | W | | | | | |
| 144. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 145. Timberland Pike Co., MS | | None | M | W | Buy (add'l) | 01/20/15 | M | | Lampton Heirs |
| 146. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | Sold (part) | 03/16/15 | K | E | Gary Honea |
| 147. United Farms LLC, St. Francis Co., Arkansas | C | Rent | M | W | | | | | |
| 148. M-J-K, Inc. | A | Interest | J | W | | | | | |
| 149. Charles Schwab Personal Account # 2 | | | | | | | | | |
| 150. MS Dev.Bank Special Obligation City of Jackson Bond CUSIP 60534TLQ6 | A | Interest | K | T | | | | | |
| 151. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | | | Redeemed | 02/19/15 | K | D | |
| 152. Educational Building Corp. Bond (USM) | A | Interest | J | T | | | | | |
| 153. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Virginia Tobacco Settlement (Bond) | A | Interest | J | T | | | | | |
| 155. Parkway East Public Improvement (Bond) | B | Interest | J | T | | | | | |
| 156. Tarrant County, Texas (Bond)CUSIP 87638 | B | Interest | K | T | | | | | |
| 157. MS Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 158. MS. Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 159. Miss. Business Finance Corporation (Bond) | B | Interest | K | T | | | | | |
| 160. Lowndes Co. Miss Solid Waste Disp. Pollution (Bonds) | B | Interest | K | T | | | | | |
| 161. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency (Bond) | A | Interest | K | T | | | | | |
| 162. Miss. Hosp. Equip. Facilities (bond)CUSIP 605360PQ3 | A | Interest | J | T | | | | | |
| 163. Miss. Dev. Bank Special Oblig. Capital Projects (Bond) CUSIP 60534Q567 | B | Interest | K | T | | | | | |
| 164. Miss. Dev. Bank Spec. Oblig. Munc. Energy (Bond) Agency | B | Interest | K | T | | | | | |
| 165. Miss. Home Corp. Single Fmly. Mortgage (Bond) CUSIP 60535QA28 | A | Interest | J | T | | | | | |
| 166. Puerto Rico Commonwealth Intra Fincancing (Bond) CUSIP 745146HEO | A | Interest | J | T | | | | | |
| 167. Puerto Rico Commwealth Intra. Financing (Bond) | A | Interest | K | T | | | | | |
| 168. Miss. Development Bank Special Obligation (Bond) | A | Interest | J | T | | | | | |
| 169. Miss. Development Bank Special Obligation CUSIP #605343-R95 | A | Interest | J | T | | | | | |
| 170. Warren Co, MS Gulf Opp Zone CUSIP #935018 (Bond) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Miss. Dev Bank Special Oblg. Southhaven, MS CUS #60534P-QN-6 | A | Interest | J | T | | | | | |
| 172. Ms. Dev Bank Spec Oblg, Jackson, MS CUSI #60534Q-QH-7 (Bond) | B | Interest | | | Sold | 12/24/15 | J | A | |
| 173. Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP #935031AA2 (Bond) | C | Interest | | | Redeemed | 03/17/15 | L | D | |
| 174. LA Local Govt. Envior. Facilities Comm Dev QSIP#546282-AH-7 | A | Interest | J | T | | | | | |
| 175. MS Dev Bank Spec Oblg Capital Proj. QSIP#605343-R9-5 (Bond) | A | Interest | J | T | | | | | |
| 176. MS Dev Bank Spec Oblg CUSIP#605343-R9-5 (Bond) | A | Interest | J | T | | | | | |
| 177. MS Dev Bank Special Oblg CUSIP#605343 (Bond) | A | Interest | J | T | | | | | |
| 178. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP#60528B-AP-7 | A | Interest | J | T | | | | | |
| 179. MS Hospital Equip. & Facilities CUSIP#605360PQ3 | C | Interest | K | T | | | | | |
| 180. Stonebridge Pub Improvement Dist (Bond) QSIP#86176HAC3 | | None | J | T | | | | | |
| 181. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |
| 182. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |
| 183. Flowood, MS Tax Increment Financing CUSIP#343534LJ0 (Bond) | A | Interest | | | Redeemed | 03/04/15 | J | B | |
| 184. First BankShares of Mississippi, d/b/a The First | A | Dividend | J | T | | | | | |
| 185. Georgia Govt Bonds CUSIP 373271AA3 | B | Interest | K | T | | | | | |
| 186. Puerto Rico COFIN CUSIP 74529JLK9 | A | Interest | J | T | | | | | |
| 187. Miss. Dev. Bank Bond CUSIP 60534QGN5 (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Miss. Hospital Equip. Bonds CUSIP 60535PAW2 (Bond) | B | Interest | K | T | | | | | |
| 189. Goodrich Petroleum | | None | J | T | Buy | 02/06/15 | J | | |
| 190. Enterprise Products LP | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 191. PCFF, LLC Farmland in Panola County, MS | | None | K | W | | | | | |
| 192. Miss. Dev. Bank Bond CUSIP 60534QND9 (Bond) | A | Interest | J | T | | | | | |
| 193. City of Gulfport Bond CUSIP 402682BHO | A | Interest | | | Redeemed | 06/01/15 | J | A | |
| 194. Great Plains Energy | A | Dividend | J | T | | | | | |
| 195. AK Steel Holding | | None | J | T | | | | | |
| 196. Hancock John Financial Bank Shares | A | Dividend | J | T | | | | | |
| 197. Louisiana Public Facilities Bond CUSIP 546395D84 | A | Interest | J | T | | | | | |
| 198. Univ Southern Miss Bond CUSIP 91336TB58 | A | Interest | J | T | | | | | |
| 199. Wood County W VA Bond CUSIP97835PAA9 | A | Interest | J | T | | | | | |
| 200. Timberland Covington County, Mississippi | B | Rent | P1 | W | | | | | |
| 201. Mineral Rights, Amite Co., MS | D | Rent | K | W | | | | | |
| 202. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 203. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 204. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 206. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 207. Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 208. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 209. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 210. Progress Timberlands LLC, Lamar Co., MS. Timberland | E | Distribution | P1 | W | | | | | |
| 211. Goodrich Petroleum Corp. 5% of 32 Bond | A | Interest | J | T | | | | | |
| 212. Timberland Copiah County, MS | A | Rent | N | W | | | | | |
| 213. Mineral Rights Perry, Forrest and Stone Counties | | None | K | W | Buy | 12/15/15 | K | | |
| 214. Market VectorsGold | | | | | Sold | 12/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Line 214.
 My original report has been amended to add line 214, a report of sale of Market Vectors Gold. This asset was inadvertently omitted from my   original filing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544